UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PRISCILLA STATEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:09-CV-434-FL |
| | ) | |
| TEKELEC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| PRISCILLA STATEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:10-CV-180-FL |
| | ) | |
| TEKELEC, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered September 28, 2010 and June 9, 2011, and for the reasons set forth more specifically therein, that:

(1) Per the court's September 28, 2010 order, defendant's motion to dismiss, filed December 7, 2009, is denied as moot and defendant's amended motion to dismiss, filed January 15, 2010, is granted in part and denied in part. Plaintiff's Title VII discrimination and retaliation claims based only on the failure to hire plaintiff for the Credit and Collection Analyst 3 position proceed, and plaintiff's § 1981 discrimination and retaliation claims proceed in full;

and,

(2) Per the court's June 9, 2011 order, defendant's motion to dismiss pursuant to 28 U.S.C. § 1915(e)(2)(A), filed April 4, 2011, is granted.

**This Judgment Filed and Entered on June 14, 2011, and Copies To:**

Jonathan Travis Hockaday (via CM/ECF Notice of Electronic Filing)
Kimberly J. Korando (via CM/ECF Notice of Electronic Filing)
Priscilla Staten (via U.S. Mail) 105 Arbor Light, Holly Springs, NC 27540

| | |
|---|---|
| June 14, 2011 | DENNIS P. IAVARONE, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |