IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:09-CV-434-FL

| | |
|---|---|
| PRISCILLA STATEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEKELEC, | ) |
| | ) |
| Defendant. | ) |

Civil Action No.: 5:10-CV-180-FL

| | |
|---|---|
| PRISCILLA STATEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEKELEC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER GRANTING MOTION TO SEAL
PAGE 2 OF EXHIBIT A**

Upon the motion of the Mediator, Patricia L. Holland, to seal Page 2 of Exhibit A (DE #72-1), on the grounds that the document referenced is a confidential bank record as codified in Rule 5.2 of the Federal Rules of Civil Procedure (hereinafter referred to as "Confidential Document").

**AND IT APPEARING TO THE COURT** good cause has been shown for granting of this motion,

**AND IT APPEARING TO THE COURT** that the Mediator has demonstrated the necessity and propriety of sealing the referenced document at issue;

**IT IS NOW THEREFORE ORDERED** that the Mediator's Motion to Seal Page 2 of Exhibit A (DE #72-1), be GRANTED, and the referenced page of the exhibit will be filed under seal.

**SO ORDERED**, this the 11th day of August, 2011.

_____
UNITED STATES JUDGE

4836-4063-4890