IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:09-CV-434-FL

| | |
|---|---|
| PRISCILLA STATEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEKELEC, | ) |
| | ) |
| Defendant. | ) |

Civil Action No.: 5:10-CV-180-FL

| | |
|---|---|
| PRISCILLA STATEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEKELEC, | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR PAYMENT OF MEDIATOR FEES**

Mediator, Patricia L. Holland, having for good cause shown made application for Priscilla Staten to pay her portion of the mediator fees;

**IT IS NOW ORDERED** that Mediator Patricia L. Holland's Motion for Payment of Mediator Fees, is hereby granted and Plaintiff Priscilla Staten is ordered to pay $634.27 to Patricia L. Holland.

This the 7th day of September, 2011.

HON. LOUISE W. FLANAGAN
Chief United States District Judge

4819-5113-0122